Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

DFO, LLC )
)
)
)
          Plaintiff )     Civil Action No.     CV 08    3390
          v. )
RMHNS, INC., et al. )
)
)
          Defendant )

E-filing     CRB

**Summons in a Civil Action**

To: RMHNS, INC.

    *(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 1 4 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on RMHNS, INC., by:

(1) personally delivering a copy of each to the individual at this place, 1700 Post Street SF, CA 94115 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is RAJNISH SAWHNEY ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 50.00 for travel and $ 0.00 for services, for a total of $ 50.00 .

Date: 07/21/2008

Server's signature

Evan Wilkerson - CA Process Server # 1052
Printed name and title

1186 Folsom Street, SF CA 94103
Server's address